# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CR-13-33-R - CIV-16-541-R<br>CR-13-34-R - CIV-16-542-R |
| JESSICA RENEE CHRONISTER, | ) ) | CR-13-194-R - CIV-16-543-R |
| Defendant. | ) | |

## ORDER

On May 23, 2016, Defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence in each of her three criminal cases. Therein she argues that she is entitled to a sentence reduction pursuant to *Johnson v. United States*, --- U.S. ---, 135 S.Ct. 2551 (2015). Having reviewed the motion, the Court finds no basis therein for granting relief to Ms. Chronister.

In *Johnson* the Supreme Court concluded that the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e) is unconstitutional. Defendant, however, was not sentenced pursuant to the Act nor was any provision of the United States Sentencing Guidelines that might arguably be impacted by *Johnson* applied to her case. Accordingly, Defendant's Section 2255 Motion is hereby DENIED.

IT IS SO ORDERED this 26th day of May, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE